1  MARK JOSEPH KENNEY (State Bar No. 87345)
   MICHAEL J. STEINER (State Bar No. 112079)
2  ANDREW W. NOBLE (State Bar No. 245993)
   awn@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  COUNTRYWIDE BANK, FSB; COUNTRYWIDE
   FINANCIAL CORPORATION; COUNTRYWIDE
8  HOME LOANS, INC.; COUNTRYWIDE HOME
   LOANS SERVICING, L.P.; BANK OF AMERICA
9  CORPORATION

10

IT IS SO ORDERED
AS MODIFIED

*James Ware*

Judge James Ware

11                 UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14  ROGELIO MONTOYA, ALICIA MONTOYA,          Case No.:  CV09-0641 JW
    as individuals,
15                                            [PROPOSED] ORDER RELATING
                        Plaintiffs,           CASES PURSUANT TO LOCAL RULE
16                                            3-12(B)
             vs.
17                                            ORDER SETTING COMBINED CASE
18  COUNTRYWIDE BANK, FSB, a United States    MANAGEMENT CONFERENCE FOR
    Bank, COUNTRYWIDE FINANCIAL               ALL RELATED CASES
    CORPORATION, a Delaware Corporation,
19  COUNTRYWIDE HOME LOANS, INC., a New
    York Corporation, COUNTRYWIDE HOME
20  LOANS SERVICING, L.P., a Texas Limited
    Partnership, BANK OF AMERICA
21  CORPORATION, a Delaware Corporation,      Accompanying Documents:
    MORTGAGE ELECTRONIC REGISTRATION         Administrative Motion Re Related Cases;
22  SYSTEM, INC., a Delaware Corporation,     Declaration of Andrew Noble
    RECONTRUST COMPANY, as trustee, and
23  DOES 1 through 50, inclusive,

24                      Defendants.

25

26

27

28

| | |
|---|---|
| TAM VO and MINH T. DANG, | Case No. C 09-00828 SI |
| Plaintiffs, | |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC., *et al.*, | |
| Defendants. | |
| MARIA ELENA VARGAS, an individual, | Case No.:  09 CV 0748 RS |
| Plaintiff, | |
| vs. | |
| MORGAN STANLEY ABS CAPITAL, I INC. TRUST 2007-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2, *et al.*, | |
| Defendants. | |
| DALILA ASCENCIO, an individual, | Case No.:  C 09 0945 CW |
| Plaintiff, | |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC. *et al.*, | |
| Defendants. | |

The Court finds that *Montoya v. Countrywide Bank, FSB, et al.*, 09-cv-0641 (N.D. Cal. 2009); *Vargas v. Morgan Stanley ABS Capital I Inc., et al.*, 09-cv-0748 RS (N.D. Cal. 2009); *Dalila Ascencio v. Countrywide Home Loans, Inc.*, 09-CV-0945 CW (N.D. Cal. 2009); *Vo v. Countrywide Home Loans, Inc., et al.*,  09-cv-00828 SI (N.D. Cal. 2009) are related cases pursuant to Local Rule 3-12(b).  The Clerk of Court shall transfer 09-cv-0748 RS, 09-CV-0945 CW, and 09-cv-00828 SI to this Court for all further proceedings.

\\\

\\\

The Court VACATES all pending deadlines and motions in all related cases until the Court has an opportunity to meet with the parties to discuss a more streamline approach to advance the cases. This includes Defendants' Motion to Expunge in case 09-0641 currently noticed for a hearing on May 4, 2009. (Docket Item No. 15.)

The Court sets a Case Management Conference for all related cases for **May 4, 2009 at 10 a.m.** On or before **April 24, 2009**, the parties shall meet and confer and file a Joint Case Management Statement for all cases. The Statement shall include, among other things, a proposed schedule for dispositive motions and any discovery related issues. The Statement shall also include the parties' position with respect to whether these cases should be consolidated, and if so, whether the consolidation should be limited to the coordination of discovery.

Until further Order of the Court, the parties shall continue to file their documents separately in each pending case.

Dated: April 1, 2009

JAMES WARE
United States District Judge