UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vo

                                                    CASE NO.  CV09-00828 JW
                    Plaintiff(s),

            v.                          STIPULATION AND [PROPOSED]
Countrywide Home Loans, Inc.            ORDER SELECTING ADR PROCESS

                    Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                Non-binding Arbitration (ADR L.R. 4)
        ✓       Early Neutral Evaluation (ENE)  (ADR L.R. 5)
                Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
                Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        ✓       the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered.)*

                other requested deadline _____

Dated: 05/12/09                         _____
                                        Attorney for Plaintiff

Dated: April 21, 2009                   Andrew Noble
                                        Attorney for Defendant

[PROPOSED] ORDER

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           Non-binding Arbitration
   ✓      Early Neutral Evaluation (ENE)
           Mediation
           Private ADR

      Deadline for ADR session
        X   90 days from the date of this order.
           other                       .

IT IS SO ORDERED.

Dated:  July 22, 2009

                                      _James Ware_

                                    UNITED STATES DISTRICT    JUDGE