IT IS SO ORDERED

Judge James Ware

**LAWRENCE P. RAMIREZ, (State Bar No. 141550)**
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone:  (408) 971-1119
Facsimile:   (408) 971-1625

Attorney for Plaintiffs
TAM VO and MINH T. DANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM VO and MINH T. DANG, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: C 09-00828 JW<br><br>**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Tam Vo and Minh T. Dang, by and through their attorneys, voluntarily dismiss the above captioned action without prejudice, each party to bear its own fees and costs.

   In light of this Order, Defendants' pending Motion to Dismiss is DENIED as moot. (See Docket Item No. 20.)  The Clerk shall close this file.

Dated:  September 1, 2009

_____
JAMES WARE
United States District Judge